UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| ERVIN PRICE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:22-cv-00458-JPH-MJD |
| | ) |
| ROBERT HAWORTH, | ) |
| ROBERT PELL, | ) |
| SARAH GORE, | ) |
| VIGO COUNTY SCHOOL CORPORATION, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This matter is before the Court on Defendants' Rule 59(e) motion to amend a "joint stipulation of dismissal." Dkt. 77.[1] Defendants allege that (1) Plaintiff's Counsel filed the stipulation before returning a copy of the signed settlement agreement to Defense Counsel, dkt. 77 at 4 ¶11; (2) the stipulation was filed without following the procedure allegedly required under Indiana law for claims involving minors, *id.* at 2; and (3) Defense Counsel is not assured that the minor Plaintiff, or his mother, are aware of the terms of the settlement.

Plaintiff shall have through **August 1, 2023**, to respond to the motion. The response must address each of these issues.

---

[1] "Defendants" refers to Robert Haworth, Sarah Gore, and Vigo County School Corporation as there is no indication that Co-defendant Robert Pell, represented by separate counsel, joins the motion.

**SO ORDERED.**

Date: 7/24/2023

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All electronically registered counsel